COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE | | |
| | § | No. 08-08-00276-CV |
| | | |
| GEORGE R. DIPP | § | An Original Proceeding |
| | § | in Mandamus |
| RELATOR | | |
| | § | |
| | § | |

## MEMORANDUM  OPINION
## ON  PETITION  FOR  WRIT  OF  MANDAMUS

Relator, George R. Dipp, asks this Court to issue a writ of mandamus against the Honorable Carlos Villa, Judge of the County Court at Law No. 5 of El Paso County. Relator has also filed a motion seeking emergency relief from the trial court's order of August 11, 2008 canceling Relator's notice of *lis pendens*. In order to be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate he has no adequate remedy by appeal. *Id.* at 135-36. Based on the record before us, we are unable to conclude that Relator is entitled to mandamus relief. Accordingly, we deny Relator's motion for temporary relief and his petition for writ of mandamus. *See* TEX.R.APP.P. 52.8(a), 52.10.


September 16, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.